MALLORY (COOK v.). See Case No. 3,163.
MALLORY (RAFFERTY v.). See Case No. 11,526.

## Case No. 8,992.

MALLORY et al. v. RAHMER.

[8 Blatchf. 556, note.] [1]

Circuit Court, S. D. New York. Nov. 3, 1871.

PATENTS—MEN'S HATS—METAL FRAME—INFRINGEMENT.

[This was a suit in the same court, by the same plaintiffs, George Mallory and the Mallory Manufacturing Company, against Charles L. Rahmer, on final hearing, on pleadings and proofs, as in Case No. 8,993. The same decree was accordingly entered in the two cases.]

George Gifford and Solomon J. Gordon, for plaintiffs.
Horace Barnard, for defendant.

BLATCHFORD, District Judge. I have carefully reviewed the proofs and arguments on which this case was heard, and see no reason to change the views which I

[1] [Reported by Hon. Samuel Blatchford, District Judge, and here reprinted by permission.]

expressed in the case of the same plaintiffs against George W. White, on the same patent, or to refrain from giving effect to the stipulation of the parties, of May 13th, 1870. Let a decree be entered for the plaintiffs, to the like effect as in the case against White.

[In 8 Blatchf. 556, this case is published as a note to Mallory v. White, Case No. 8,993.]